■ In the Matter of TAMMY L. GAINES, Appellant, v JASON F. PERRY, Respondent. [9 NYS3d 902]—Appeal from an order of the Family Court, Erie County (Rosalie Bailey, J.), entered October 4, 2013 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.